UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| THOMAS JOHN ALSTON,<br>and<br>JONATHAN TABB ALSTON,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. TDC-15-3099 |

## SETTLEMENT ORDER
### (LOCAL RULE 111)

This Court has been advised by Plaintiffs and Defendant LexisNexis Risk Solutions, Inc. ("LexisNexis") that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. *See* ECF No. 57. Accordingly, pursuant to Local Rule 111 (D. Md. 2014), it is hereby ORDERED that the parties' Joint Motion for Settlement, ECF No. 57, is GRANTED and this case is DISMISSED. Plaintiffs and LexisNexis are to bear their own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

The Clerk is directed to close this case.

Date: February 24, 2016

THEODORE D. CHUANG
United States District Judge